MATHIAS RUSCH, an Infant, by JOHN C. RUSCH, His Guardian ad Litem, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*Rusch* v. *Erie R. R. Co.*, 147 App. Div. 917, affirmed.
(Argued April 5, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Dana B. Hellings* for appellant.

*W. J. Wetherbee* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.